THOMAS W. LENTON, AN INFANT, BY JOHN LENTON, HIS GUARDIAN, RESPONDENT, *v.* C. GODFREY GUNTHER, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, and from an order denying a motion for new trial.

The action was brought to recover damages caused by the alleged negligent act of the defendant's servant in throwing a jet of steam suddenly upon the plaintiff's horse and causing him to run away. The General Term was of opinion that the evidence was sufficient to sustain the verdict, and affirmed the judgment and order.

*Winfield & Leeds,* for the appellant.

*D. P. Barnard*, for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., and GILBERT, JJ.

Judgment and order denying a new trial affirmed, with costs.